IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2006 MAY -9 A 9: 42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Alma W. Sanders-Alleway )
4435 Lawnwood Dr. )
Montgomery, Al 36108 )
Ph: 334-281-5822 Plaintiff )
)
v. )
)
Ms. June Mabry - State )
of Al Teacher Certification )
Gorden Person Bldg )
P.O. Box 302 Defendant(s) 101 )
Montgomery, Al 36130 )
Ph: 334-242-3389 )
   353-8567

2:06cv419-MEF

**COMPLAINT**

1. Plaintiff resides at 4435 Lawnwood Dr. Mont., Al 36108

2. Defendant(s)' name(s) Ms. June Mabry - Gorden Person Bldg
P.O. Box 302 101 Montgomery, Al 36130
Location of principal office(s) of the named defendant(s) P.O. Box 302 101
Gorden Person Building, State of Ala Board
of Education. Montgomery, Al 36130
Nature of defendant(s)' business "Overseer" of state functions,
Finance, safeguarding education, Schools and Universities,
federal and state laws (rules), State monies etc.
Approximate number of individuals employed by defendant(s) 800

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 2000e-5(g).

4. The acts complained of in this suit concern:

   1. ✓ Failure to employ me. in higher education
   2. ✓ Termination of my employment. Teacher certification (Voided).
   3. ✓ Failure to promote me. to a job
   4. ___ Other acts as specified below: Failure to reinstate my degrees, certification, not certified in anything with (4) four specialist degrees in six areas. Dirt poor and missing money, cannot go back to college nor take any test. I am graded based on my education, Tested on my education. Dirt poor and begging bread, with (4) sp degrees. Mistakes made in and by my worldly sisters and brothers.

5. Plaintiff is:
   A. \_\_\_\_ Presently employed by the defendant.
      \_\_\_\_ Not presently employed by the defendant. The dates of employment were _Substitute teacher monty_. Employment was terminated because:

   (1) \_\_\_\_ Plaintiff was discharged.
   (2) \_\_\_\_ Plaintiff was laid off.
   (3) \_\_\_\_ Plaintiff left job voluntarily. _did not get paid._

6. Defendant(s)' conduct is discriminatory with respect to the following:

   A. _Black_ My race.
   B. \_\_\_\_ My religion.
   C. ✓ My sex.
   D. \_\_\_\_ My national origin.
   E. \_\_\_\_ Other, as specified below: _I am an American citizen, like anyone else. I followed all rules, have gone to College, was a successful teacher. Now, I am older, no job, very little money with all this education. This should not be._

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) _Teacher Certification Office, Gordon Person Bldg,_ (white) _The State Board of Education, males & females, Supervisors, managers, and educators of safeguarding state business, P.O. Box 302101 Gordon Person Bldg, Montgomery, AL 36130-2101_

8. The alleged discrimination occurred on or about _August 2004._

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows: _I have been a "good English teacher" in Alabama and have gone to many colleges. I should not have this kind of problem. Like anyone else I would like to continue teaching in "higher education". I have earned my way. Ms June Mabry refuses to renew my teaching certification which is "four master(s) degrees" in many subjects. I contacted ms mabry in 2004 asking her to renew my credentials. She stated that I needed to see ms. White. I ask what for? We cross some words. Ms White stated that I needed to complete ten hours. I completed nine hours. Still no degree, no job._

10. The alleged illegal activity took place at _June 2004-5. my degrees are on "advance degrees". Do not go back to College any more and no testing. She want me to do both. I have substituted for four years, waiting on a teaching position. 2. I am being taken "advantage of" and no job, no money, no retirement from the State of Ala and no one cares. This is why the charges are filed._

5. Plaintiff is:
   A. _____ Presently employed by the defendant.
      ✓ Not presently employed by the defendant. The dates of employment were _May 2004, Because of a "Car"_. Employment was terminated because: _accident_.
   (1) _____ Plaintiff was discharged.
   (2) ✓ Plaintiff was laid off.
   (3) ✓ Plaintiff left job voluntarily. *(Car accident), Voided Certify*

6. Defendant(s)' conduct is discriminatory with respect to the following:
   A. ✓ My race.
   B. _____ My religion.
   C. ✓ My sex.
   D. ✓ My national origin.
   E. _____ Other, as specified below: _(Color) Age: We still need our older teachers, Professors to remain in the classroom. The experience from these educators will help train the younger teachers (that needed)._

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) _Ms. June Mabry - State of Ala Teacher Certification, Blacks/(White) males & females, Supervisor & managers, The State of Ala Board of Education. The "overseer" for all state functions. Schools, universities and medical centers._

8. The alleged discrimination occurred on or about _May 2004. (5)._

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows: _I have been a "successful good English teacher" in Alabama. Have gone to many colleges & universities and should not have this kind of problem at any age. I would like to continue teaching in "higher education". Ms. June Mabry refuses to renew my certification which is "four masters" or a Ph.D. I contacted Ms. Mabry in 2004 asking her in the office to renew my credentials, she stated that I needed to see Ms. White, I ask what for? We cross some words, she stated that I needed to complete (10) ten hours. I have completed (9) nine hours. My diaries does not call for me taking classes/nor taking any type of testing._

10. The alleged illegal activity took place at _at Lee High where I had been substituting and waiting for a position at Troy university/at Troy Ala and Univ of Alabama. I filed an application at Troy univ at Montgomery, Al. In March 2006, I taught 2 English One semester at the University of Maryland at College Park, Maryland._

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about _waiting on the letter, 2004_. I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on _waiting on letter_.

12. I seek the following relief:

   A. ✓ Recovery of back pay. / Retire me as a "state teacher w/monthly pay."
   B. ✓ Reinstatement to my former job, + certification. at a university.
   and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees.

Date: 4-8-06

Alma W. Sanders Alloway
Signature of Plaintiff

4435 Lawnwood Dr.
Montgomery, Al 36108
Phone: 334-281-5822
Address & Telephone Number of Plaintiff

1. Ms. June Mabry
   P.O. Box 302101
   Gordon Person Building
   Montgomery, Al 36130-2101
   (Teacher Certification) Office.

2. State Board of Education
   Gordon Person Building
   P.O. Box 302-101
   Montgomery, Al 36130-2101
   Ph: 334-242-3389
         353-8567

3