IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2006 MAY -9  A 9:42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Alma W. Sanders-Alloway
4435 Lawnwood Dr.
Montgomery, AL 36108
Ph: 334-281-5822
**Plaintiff(s)**

v.

2:06cv419-MEF

Ms. June Mabry
State of Ala Teacher Certification
Gordon Persons Bldg
P.O. Box 302101
Montgomery, AL 36130-2101
Ph 334-242-9977
**Defendant(s)**

State of Ala Board of Education, P.O. Box 302101
Gordon Persons, Montgomery, AL 36130-2101

**MOTION TO PROCEED *IN FORMA PAUPERIS***

Plaintiff(s) __Alma W. Sanders-Alloway__

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

__Alma W. Sanders-Alloway__
Plaintiff(s) signature

SCANNED
WP 5/9/06

under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _____

Alma W. Sanders-Alloway

**Plaintiff**

V.

Teacher Certification of
State of Ala., Board of Education

**Defendant**

RECEIVED
2006 MAY -9 A 9: 42

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

[stamp: U.S. DISTRICT COURT, MIDDLE DISTRICT ALA]

CASE NUMBER: 2:06cv419-MEF

I, Alma W. Sanders-Alloway declare that I am the (check appropriate box)

☐ petitioner/☒ plaintiff/movant        ☐ other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☐ Yes        ☒ No        (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution?  no   Do you receive any payment from the institution?  no

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?        ☐ Yes        ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 2005 Substitute teacher. Long term substitute teacher $100.00. Day to day substitute teaching is $50.00.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment        ☐ Yes        ☒ No
   b. Rent payments, interest or dividends                 ☒ Yes        ☐ No
   c. Pensions, annuities or life insurance payments       ☒ Yes        ☒ No
   d. Disability or workers compensation payments          ☐ Yes        ☒ No
   e. Gifts or inheritances                                ☐ Yes        ☒ No
   f. Any other sources                                    ☐ Yes        ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

I am recieving Soc Security $460.00 a month. I have a small farm in Lowndes County left to me by my mother who is deceased. The house left to me rent for $325.00 a month.
I am still paying hospital bills from maryland and Alabama.

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☒ Yes  ☐ No   Auto and the farm.

   If "Yes," describe the property and state its value.

As I stated my teaching certification was "voided" by the state of Alabama, so I am not teaching now. Teacher certification voided that's certification. I am not certified in anything any more

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   No One.

I declare under penalty of perjury that the above information is true and correct.

4-5-06                    Alma W. Sanders-Alloway
Date                           Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.