# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Alma W. Sanders-Alloway

V.

June Mabry, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06cv419-MEF

TO: (Name and address of Defendant)

June Mabry
Gordon Persons Building
Teacher Certification Office
P.O. Box 302101
Montgomery, AL 36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alma W. Sanders-Alloway
4435 Lawnwood Drive
Montgomery, AL 36108    (Pro -se)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

(By) DEPUTY CLERK

DATE  5/11/06

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Alma W. Sanders-Alloway

V.

June Mabry, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06cv419-MEF

TO: (Name and address of Defendant)

State of Alabama Board of Education
Gordon Persons Building
P.O. Box 302101
Montgomery, AL 36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alma W. Sanders-Alloway
4435 Lawnwood Drive
Montgomery, AL 36108    (Pro -se)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                    5/11/06

CLERK                               DATE

(By) DEPUTY CLERK