**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    June Mabry
    Gordon Persons Building
    Teacher Certification Office
    P.O. Box 302101
    Montgomery, AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): [illegible]
C. Date of Delivery: MAY 12 2006

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

06 CV 419 STC

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0001 0150 3487

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. State of Alabama Board of Education
    Gordon Persons Building
    P.O. Box 302101
    Montgomery, AL 36130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): [illegible]
C. Date of Delivery: MAY 12 2006

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

2:06 CV 419-MEF STC

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0001 0150 3470

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540