IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA W. SANDERS-ALLOWAY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv419-MEF |
| | ) |
| JUNE MABRY, et al., | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

On June 1, 2006, the defendants filed a motion to dismiss (doc. # 7). Upon consideration of the motion, and for good cause, it is

ORDERED that this matter be and is hereby set for oral argument on the motion to dismiss on July 7, 2006, at 10:00 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. **The plaintiff is specifically cautioned that if she fails to appear as required by this order, the court will treat her failure to appear as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned will recommend that this case be dismissed for such failure.**

Done this 19th day of June, 2006.

                                          /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE