In The United States District Court
For The Middle District of Alabama

**RECEIVED**

_____ Division

2006 JUN 28  A 8: 36

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ms. Alma W. Sanders – Alloway
4435 Lawnwood  Dr.
Montgomery, Al 36108

        V.

Case number:
2: 06_ CV_ 00419_ MEF_  CSC

Ms. June Mabry
Teacher Certification  Division And:
The Ala. State Board of Education
P. O. Box 302101
Gordon Person Building

Motion for Counsel

I cannot afford an attorney. As I stated that I am not working anywhere. I am requesting that an attorney be  appointed to this case.  I am only getting social security.

1.  Plaintiff resides at  4435 Lawnwood Dr. Montgomery, Al . 36108.


2.  Defendant(s)  name(s) Teacher Certification office And: The Alabama State Board of Education.  Location of principal office(s

Ms. June Mabry
P. O. Box 302101.
Gordon Person Building
Montgomery, Al 36104.

Nature of defendant(s) business . Certification of Teachers

Approximate number of individuals employed by defendant(s)  500 hundred.


_____      *Ms. Alma W. Alloway*

                                            *6-28-06*