**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 28, 2006

# NOTICE OF DEFICIENCY

To:  Alma W. Sanders-Alloway
From:  Clerk's Office

**Case Style: Alma W. Sanders-Alloway  vs.  June Mabry, et al**

**Case Number: 2:06-cv-00419-MEF**

**Referenced Pleadings: Motion for Supplement & Motion Appt Counsel- Docs. No. 9 & 10**

**The above referenced pleading was filed on today in accordance with amended Federal Rules of Civil Procedure 5(a).**

**The referenced pleadings did not contain a certificate of service pages stating that you have mailed the opposing counsel the same document filed in our court . Please send documents showinga certificate of service pages with original signatures on the pleading and certificate of service pages.**

**The deficiency must be corrected within 10 days from the date of this notice.**

**Please submit to the Clerk's office by conventional means the above documents.**

**PLEASE DO NOT E-FILE THESE DOCUMENTS.**