IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA W. SANDERS-ALLOWAY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv419-MEF |
| | ) |
| JUNE MABRY, et al., | ) |
| | ) |
|    Defendants. | ) |

## ORDER

Now pending before the court is the June 28, 2006, motion to supplement (doc. # 9) filed by the plaintiff. Upon consideration of the motion, it is

ORDERED that the motion to supplement (doc. # 9) be and is hereby GRANTED.

Done this 29th day of June, 2006.

                                              /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE