In The United State District Court
For The Middle District of Alabama.
_____Division

RECEIVED

2006 JUN 30 A 11: 06

Ms. Alma W. Alloway
4435 Lawnwood Dr.
Montgomery, Al 36108
Phone –334 –281-5822

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case Number
2 : 06_cv_ 00419_MEF_ CSC

V.

Ms. June Mabry
Teacher Certification Division And :
The Ala., State Board of Education
P. O. Box 302101
Gordon Person Building
Montgomery, Al 36104
Phone : 334- 242-9977

　　　Defendant(s)


　　Motion to continue the hearing at a later date giving me more time.

Due to not having enough time to prepare to " address document" sent to me by the Ala State Department of Education for the hearing set for July 7, 06 at 10: 00 A.M, with Judge Coody .

A.  I am requesting that this hearing be set for another date in order to respond  to the document.

B.  Have not secured  the service of an attorney yet. Request an attorney.
　　　　Thanks .

　　　　　　　　　　　　　Ms. Alma W. Alloway

6-30-06

## Certificate of Service:

I hereby certify that on 30th day of June, 2006 — a copy of this "Motion To Continue The Hearing," at a later day giving me more time to prepare, was mailed to Attorney(s) Listed Below.

## Attorney's:

1. Juliana Faria Teixeira Dean
   Alabama Department of Education
   Montgomery, Al 36130

2. Reginald Lee Sorrells
   Department of Education
   Office of General Counsel
   P.O. Box 302101
   Montgomery, Al 36130-2101