IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA W. SANDERS-ALLOWAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv419-MEF |
| | ) |
| JUNE MABRY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the plaintiff's motion to continue (doc. # 14) and motion to appoint counsel (doc. # 14), it is

ORDERED that the motion to continue and the motion for appointment of counsel be and are hereby DENIED.

Done this 6th day of July, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE