IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| Alma W. Sanders-Alloway, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>June Mabry, in her official capacity, et al. )<br>)<br>Defendants )<br>) | Case No.: 2:06cv419-MEF |

## NOTICE OF APPEARANCE

Please take notice that Larry E. Craven, Associate General Counsel for the Alabama Department of Education, appears as additional counsel for June Mabry and the Alabama State Board of Education, defendants in the above-styled matter.

All parties and the Clerk of the Court are respectfully requested to serve copies of all future pleadings, court orders, and correspondence in this case upon counsel at the address provided below.

                                      Respectfully Submitted,
                                      TROY KING
                                      ATTORNEY GENERAL

                                      /s Larry E. Craven (CRA007)
                                      Assistant Attorney General
                                      Associate General Counsel

Of Counsel:
Alabama State Department of Education
Office of General Counsel
50 North Ripley Street
Montgomery, Alabama 36130
334-242-1899 telephone
334-242-0982 fax
lcraven@alsde.edu

# CERTIFICATE OF SERVICE

I hereby certify that on <u>June 7, 2006</u>, I electronically filed the foregoing State Defendants' Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing and I hereby certify that I have mailed by United States Postal Service the document to the following participant:

Ms. Alma W. Sanders-Alloway
4435 Lawnwood Drive
Montgomery, Alabama 36108

<u>/s Larry E. Craven (CRA007)</u>
Larry E. Craven,
Assistant Attorney General
Associate General Counsel
Alabama State Department of Education
Office of General Counsel
50 North Ripley Street
Montgomery, Alabama 36130
334-242-1899 telephone; 334-242-0982 fax
lcraven@alsde.edu