# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 7/7/06 | AT | 10:02 a.m. to 10:05 a.m. |
| DATE COMPLETED: 7/7/06 | | |

ALMA W. SANDERS-ALLOWAY

    Plaintiff

vs..

JUNE MARBARY, et al

    Defendant

CASE NO. 2:06CV419-MEF-CSC

### APPEARANCES:

| PLAINTIFF | DEFENDANT |
|---|---|
| Atty. Norman Hurst | Atty. Julianna Dean |
| | Atty. Larry E. Craven |
| | Atty. Reginald L. Sorrells |

### COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON     LAW CLERK: CORRIE LONG

( X ) OTHER PROCEEDINGS: *** STATUS CONFERENCE ***

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | | |
|---|---|---|
| **Description** | Oral Argument re: Motion to Dismiss - 06cv419-MEF-CSC | |
| **Date** | 7/7/2006 | **Location** Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 10:02:28 AM | Court | Court Convenes; parties present as noted; Discussions regarding Atty. Norman Hurst, attorney for plaintiff; Advised to enter an appearance in the case; Discussion as to case in general; Will allow counsel a period of time to file an amended complaint; Discussion as to responses to defts motion to dismiss construed as a Title VII claim; Discussions as to parties consent to the magistrate judge handling case or it will go directly to DJ; |
| 10:05:35 AM | Court | Court is recessed. |