IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA W. SANDERS-ALLOWAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv419-MEF |
| | ) |
| JUNE MABRY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On June 1, 2006, the defendants filed a motion to dismiss (doc. # 7). On July 7, 2006, at the time set aside of oral argument on the motion to dismiss, Attorney Norman Hurst appeared on behalf of the plaintiff, who previously was proceeding *pro se*. At oral argument, the court directed counsel to file an amended complaint which more clearly sets forth the plaintiff's claims. Accordingly, and as stated in open court, it is

ORDERED that the plaintiff shall file an amended complaint within **twenty-one (21)** days of the date of this order.

Done this 10th day of July, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE