IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

**RECEIVED**

SANDERS-ALLOWAY,                    *
     Plaintiff,                  * Case No.: 2006 JUL 21 P 4:10 2:06-cv-00419-MEF-CSC
                              *
v.                                  *     DEBRA P. HACKETT, CLK
                              *      U.S. DISTRICT COURT
                                    MIDDLE DISTRICT ALA
MABRY et al.,                       *
     Defendant.                  *
                                    *

NOTICE OF APPEARANCE

COMES NOW, Norman Hurst Jr., attorney for the Plaintiff,

Alma Sanders Alloway, and hereby notify the Clerk of this court

to enter his name as the attorney of record in the above styled

claim.  Further to send all pleading, papers, and other material

to said attorney as the court so directs.

Respectfully submitted this the 21st day of July, 2006.

Norman Hurst Jr.   (HUR016)
Attorney for the Plaintiff
462 Sayre Street
Montgomery, Alabama 36104
(334) 269-6449

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice was served on the following by mailing copies of same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery, addressed as follows:

This 21st day of July, 2006.

_____
Norman Hurst Jr.