IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA W. SANDERS-ALLOWAY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-419-MEF |
| | ) |
| JUNE MABRY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

It is hereby ORDERED that this Court's order referring this case to the Magistrate Judge (Doc. #3) dated May 10, 2006 is hereby VACATED.

DONE this 24th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE