IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA W. SANDERS-ALLOWAY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV No. 2:06cv419-MEF |
| ) | |
| JUNE MABRY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO THE DEFENDANTS' MOTION TO DISMISS

Come now the Defendants Alabama State Board of Education and Ms. June Mabry and hereby submit this Reply to Alloway's Response to the Defendants' Motion to Dismiss. Defendants state as follows:

1. The Defendants' Motion to Dismiss and Renewed Motion to Dismiss are incorporated herein by reference. (Doc. 7 and Doc. 21).

2. The Defendants' filed their original Motion to Dismiss on June 1st, 2006. (Doc. 7) After conducting a hearing on that motion, the Honorable Magistrate Judge Charles S. Coody ordered counsel for Plaintiff to file an amended complaint by July 31st "which more clearly sets forth the Plaintiff's claim." (Doc. 18) Plaintiff's counsel did not file an amended complaint.

3. On August 4, 2006, Defendants filed their Renewed Motion to Dismiss, seeking dismissal based upon the grounds stated in their original Motion to Dismiss, and based upon Plaintiff's failure to file an amended complaint as ordered by Judge Coody. (Doc. 21)

4. On August 9th, the Court ordered Plaintiff to show cause on or before August 18th why the Defendants' Renewed Motion to Dismiss should not be granted. (Doc. 22) Rather than file an amended complaint as previously ordered, Plaintiff's counsel filed a response to Defendants' original Motion to Dismiss in which he merely argues that Plaintiff's original

complaint contains sufficient allegations to state a claim upon which relief can be granted. Contrary to Judge Coody's order, Plaintiff's response does not "more clearly set forth the Plaintiff's claim", nor does it contain any new allegations. In addition, Plaintiff's response fails to address the following arguments made by Defendants in their Motion to Dismiss: (i) Plaintiff failed to allege sufficient facts to support a *prima facia* claim of employment discrimination, *i.e.,* no employer-employee relationship ever existed between Plaintiff and Defendants (Doc. 7 at 4-6), (ii) Plaintiff's own allegations establish that she did not comply with the requirements for a renewal of her certificate (Doc. 7 at 7-9) and (iii) Plaintiff's claims are barred by 11th Amendment immunity, sovereign immunity and state agent immunity (Doc. 7 at 9-14)

Based upon Plaintiff's repeated failure to comply with the Court's orders, and based upon the arguments set forth in the Defendants' original Motion to Dismiss and Renewed Motion to Dimiss, Defendants respectfully request that this Court, pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6) and 41(b), dismiss Plaintiff's Complaint in its entirety, with prejudice.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

/s Reginald L. Sorrells_____ (SOR 002)
/s Juliana Teixeira Dean_____ (DEA 036)

Attorneys for Defendants June Mabry
and Alabama State Board of Education

OF COUNSEL:
State of Alabama
Department of Education
5103 Gordon Persons Building
50 North Ripley Street
Montgomery, AL 36130-0001
Telephone: 334-242-1899
Facsimile: 334-242-0982

## CERTIFICATE OF SERVICE

     I hereby certify that on August 28th, 2006, I electronically filed the foregoing Renewed Motion to Dismiss with the Clerk of the Court using the CM/ECF system and I hereby certify that on this date I have also served a copy of the foregoing upon the following:

Norman Hurst, Esq.
462 Sayre Street
Montgomery, Al 36104

by depositing a copy of same in United States mail, first-class postage prepaid.

                           /s Juliana Teixeira Dean
                              Of Counsel