IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA W. SANDERS-ALLOWAY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-419-MEF |
| ) | |
| JUNE MABRY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

On July 7, 2006, Magistrate Judge Coody was prepared to hear oral argument on the Motion to Dismiss (Doc. #7) filed by the Defendants on June 1, 2006. However, at this hearing, Norman Hurst, Jr. appeared on behalf of the Plaintiff. Up until this time, the Plaintiff had not been represented by an attorney in this case. In lieu of hearing arguments on the merits of the Defendants' motion, Judge Coody ordered the Plaintiff to file an amended complaint by July 31, 2006. The Plaintiff did not do so, and on August 4, 2006, the Defendants renewed their motion.

This Court finds that the Plaintiff's complaint is legally insufficient. Therefore, the Court reiterates Judge Coody's instruction to the Plaintiff that her complaint must be amended. Accordingly, it is hereby

ORDERED that Defendants' Motion to Dismiss (Doc. #7 & #21) is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE. The Plaintiff shall have until September 11, 2006 to file an amended complaint.

DONE this the 28th day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE