IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

ALMA W. SANDERS-ALLOWAY

Plaintiff,

v.   CV No. 2:06cv419-MEF

June Mabry, Troy University, Auburn University, Factious Parties, X,Y,Z and the State Department of Education.

Defendants.

RECEIVED
SEP 1 1 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## AMENDED COMPLAINT

COMES NOW, the Plaintiff, Alma Alloway by and through her undersigned counsel and pursuant to this court's order and files this amended complaint and says as follows:

1. Mrs. June Mabry is an employee of the Department of Education for the State of Alabama and is responsible for upholding the laws regarding teacher certification.

2. Auburn University and Troy University are Alabama institutions of higher learning.

3. Factious parties X,Y,Z are the chancellors of said universities or the Human Resource Directors of the same.

4. Mrs. Alma W. Sanders Alloway, is a resident of Montgomery, County, Alabama.

## FACTS

5. Mrs. Alloway, a black female, has a Bachelor of Science from Alabama State of Montgomery, Alabama including upper level degrees from Auburn and University of Alabama and is presently designated as an Educational Specialist. She has been employed as a teacher within the State of Alabama, and was certified by the state for numerous of years without any problems. Because of Ms. Alloway educational level her certification with the state are for longer periods prior to having to be re-certified by the state. In the past Ms. Alloway would call and inform the state of said intent to be re-certified and the same would be accomplished.

6. Recently, Ms. Alloway was informed that she would have to submit to testing, fingerprinting, and numerous other things before she would be re-certified. These requirements especially teacher testing are requirements for new teachers. These requirements were burdensome and unnecessary and were for the sole purpose of to discriminate against Ms. Alloway because of her race and age.

7. Ms. Alloway has also been discriminated against because of her race and age when seeking employment with state universities. For example, Ms. Alloway is ranked by the State of Alabama and receives notices of employment opportunities. Although, she is ranked highly and in some instances overly qualified for the positions in which she might apply she is never granted an

interview and said positions or given to whites and younger applicants who lacked similar education requirements and work experience.

8. June Maybry along with other factious parties under the color of law has on a continuous and systematic basis conspired with individuals to impede the liberties of Mrs. Alloway by devising and orchestrating schemes motivated by racial animus in order to create outcomes in favor of white younger applicants, to the exclusion of mature black applicants and for the sole purpose of discriminating against the same.

9. This is despite the fact that black applicants are qualified or exceed qualifications and the Department of Education is under court order to correct manifest discrimination against black applicants.

10. Mrs. Alloway was at all times qualified for the positions, and should have received her re-certification but was discriminated against because of his race and age.

11. June Mabry and factious parties have purposeful discriminated against Mrs. Alloway and has resulted in her injury and damages in violation of 13th & 14th Amendments of the Constitution of the United States, 42 U.S.C.A. 1981, 1983, and 1985.

## COUNT ONE

12. The Plaintiffs repeat, reallege and incorporate herein by

reference the proceeding paragraphs as is set forth herein in full.

13. The Department of Education is state agency empowered under the laws of the State of Alabama.

14. The State has delegated power to June Mabry which has become an agent of the State for the purpose of education.

15. June Mabry by virtue of her official power is an actor under the "color of law."

16. June Mabry under the color of law has discriminated against Mrs. Alloway because of her race, age and denied her equal protection under the law.

17. June Mabry under the color of law has on a continuous and systematic basis conspired with individuals to impede the liberties of Mrs. Alloway by devising and orchestrating schemes motivated by racial animus in order to create outcomes in favor of white younger applicants, to the exclusion of black applicants and for the sole purpose of discriminating against the same.

18. This is despite the fact that black applicants are qualified or exceed qualifications and the Department of Education is under court order to correct manifest discrimination against blacks.

19. Mrs. Alloway was at all times qualified for the positions, and should have received her re-certification but was

discriminated against because of his race and age.

## COUNT TWO

20. The Plaintiffs, repeat, reallege, and incorporate herein by reference the proceeding paragraphs as is set forth herein in full.

21. The Department of Education, June Mabry, and Factious Parties deprived Mrs. Alloway, a black applicant of her 14th Amendment rights which under similar circumstances were accorded to white applicants which violated 42 U.S.C.A. & 1981.

22. Mrs. Alloway was deprived of her civil rights because of her race in order to discriminate against her in favor of less educated and qualified white applicants.

23. Mrs. Alloway was deprived of such rights by; the hiring of less educated younger white applicants, white applicants with less experience, by the non use of a state registry designed to assist in promotions and hiring decisions and by not positing positions.

## COUNT THREE

24. The Plaintiff's repeat, reallege and incorporate herein by reference the proceeding paragraphs as is set forth herein in full.

25. The Department of Education, June Mabry and factious parties

under the color of state law deprived Mrs. Alloway of her 14th Amendment rights by discriminating against her in favor of white applicants with less experience and education in violation of 42 U.S.C.A. & 1983.

26. June Mabry, and factious parties intentionally deprived Mrs. Alloway of her civil rights because of her race and age in order to discriminate against her in favor of white applicants by; continuing to higher less qualified, and educated white applicants over her.

## COUNT FOUR

27. The Plaintiff's repeat, reallege and incorporate herein by reference the proceeding paragraphs as is set forth herein in full.

28. June Mabry, under color of law conspired together with Factious Parties and the Department of Education in order to deny Mrs. Alloway of her 14th Amendment rights in violation of 42 U.S.C.A. & 1985.

29. June Mabry in an attempt to deny Mrs. Alloway employment conspired with state universities agents (factious parties) to deny Mrs. Alloway employment and by requiring standards for re-certification that does not apply to Mrs. Alloway in an effort to discriminate against the same.

THEREFORE, the above Plaintiff ask this honorable court for

damages in the sum of 250,000.00 for said violations and any relief that this court might find appropriate.

*[signature]*
Norman Hurst, Jr., (HUR016)
Attorney for the Plaintiff
462 Sayre Street
Montgomery, Alabama 36104
(3340 269-6449

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Complaint was served on the following by mailing copies of same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery, addressed as follows:

Honorable Reginald L. Sorrells
Honorable Juliana Teixeira Dean
State of Alabama
Department of Education
5103 Gordon Persons Building
50 North Ripley Street
Montgomery, Alabama 36130

This 11th day of September, 2006.

*[signature]*
Norman Hurst Jr.