IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA W. SANDERS-ALLOWAY, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-419-MEF |
| | ) |
| JUNE MABRY, *et al.,* | ) |
| | ) |
|     Defendants.. | ) |

## **O R D E R**

Upon consideration of the defendants' Motion to Dismiss Amended Complaint (Doc. #27) filed on September 25, 2006, it is hereby

ORDERED that the plaintiff show cause in writing on or before October 6, 2006 as to why the motion should not be granted.

DONE this the 28th day of September, 2006.

                                                    /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE