RECEIVED

IN THE UNITED STATE DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA

| | |
|---|---|
| ALMA W. SANDERS-ALLOWAY, | * |
| Plaintiff, | * |
| V. | * Civil Action No. 2:06-cv-419-MEF |
| JUNE MARBY, et al., | * |
| Defendants. | * |

## MOTION FOR EXTENSION OF TIME

COMES NOW, the Plaintiff, Alma Alloway, by and through her attorney of record and files this brief in opposition of the defendants', Motion to Dismiss herefore filed in this matter. F.R. Civ.P and says as follows:

Plaintiff attorney has a computer malfunction and is unable to retrieve documents, to respond to a Renewal Motion to Dismiss filed by the Defendants.

Wherefore Plaintiff request and Extention of time to respond to the same and requesting that this Honorable Court issue an order granting such time.

Norman Hurst (HUR016)
462 Sayre Street
Montgomery, AL 36104
(334) 269-6449

CERTIFICATE OF SERVICE

I do hereby certify that I have on this 6th day of Oct.,2006, served a copy of the foregoing on all counsel of record , by placing a copy of same in the United States Mail, first class postage prepaid and properly addressed to the following:

Norman Hurst, Jr.
462-A Sayre Street
Montgomery, AL 36104

_____
NORMAN HURST, JR.