IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALMA W. SANDERS-ALLOWAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-419-MEF |
| | ) | |
| JUNE MABRY, *et al.,* | ) | |
| | ) | |
| Defendants.. | ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Extension of Time (Doc. #29) filed on October 1, 2006, it is hereby

ORDERED that the motion is GRANTED to and including October 20, 2006.

DONE this the 16th day of October, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE