IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

ALMA W. SANDERS-ALLOWAY,  *
    Plaintiff,  *
                      *

v.  *  Case Number: 2:06-cv-419-MEF
                      *

JUNE MABRY, et al.,  *
    Defendant.  *
                      *

<u>ALLOWAY'S RESPONSE TO THE DEFENDANT'S REPLY TO DEFENDANTS MOTION TO DISMISS</u>

COMES NOW, the Plaintiff, by and through her undersigned counsel and responds to the Defendants' reply to Defendants Motion to Dismiss Plaintiff's Amended Complaint for failure to state a claim upon which relief can be granted and says as follows:

The Defendants' attempt again to dismiss this action based on an assumption that the plaintiff has failed to state a cause of action upon which relief can be granted in particular as it relates to her conspiracy claims under Title VII, and numerous other arguments which are without merit. Again, the Plaintiff says in accordance with relevant case law and the F.R.Civ.P., it is unnecessary at this stage even under the heightened pleading requirements as raised by the defendants for Alloway to have all the necessary facts to prove her case but for her to plead 'with some specificity,' *Dalrymple v. Reno*, 334 F.3d 991,996 (11th Cir.2003). Further, it is unreasonable to require the plaintiff to have each and every fact involving her claims without first being given an opportunity for discovery. At this stage the only thing that is required is that the Defendants are placed on notice with

enough specificity in which to formulate a response to said claims.

The Defendants are attempting to raise two issues in their motion to dismiss which are mutually exclusive one to another. They can not argue both that the plaintiff has failed to state a claim and at the same time state that the complaint does not meet the specificity requirements, it is obvious that plaintiff has made a claim.  In either case the plaintiff again states and incorporate by reference her arguments in her responsive brief to all claims raised by the Defendants.

Therefore, for all the forgoing reasons the defendants' motion to dismiss is due to be denied at this time.

_____
Norman Hurst Jr.  (HUR016)
Attorney for the Plaintiff
462-A Sayre Street
Montgomery, Alabama 36104
(334) 269-6449

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing response was served on the following by mailing copies of same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery, addressed as follows:

Honorable Reginald Sorrells
50 North Ripley Street
Montgomery, Al 36130

This 17th day of November, 2006

_____
Norman Hurst Jr.