IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| Alma W. Sanders-Alloway, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:06cv419-MEF |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| ) | |
| June Mabry, in her official capacity, et al. ) | |
| ) | |
| Defendants ) | |
| ) | |

## MOTION TO WITHDRAW

Please take notice that Reginald L. Sorrells, General Counsel for the Alabama Department of Education, respectfully withdraws as counsel for the Alabama State Board of Education (K-12) and the State Superintendent of Education, defendants in the above-styled matter.

All parties and the Clerk of the Court are respectfully requested to serve copies of all future pleadings, court orders, and correspondence in this case to Larry E. Craven, Interim General Counsel for the State Department of Education, at the address provided below.

Respectfully submitted,

/s  Reginald L. Sorrells
Reginald L. Sorrells (SOR002)
General Counsel

**ADDRESS OF COUNSEL:**
State Department of Education
P. O. Box 302101
Montgomery, Alabama 36130

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the AlaFile system which will send notification of such filing to the following:

Norman Hurst
462 Sayre Street
Montgomery, AL  36104

                              /s  Reginald L. Sorrells
                              OF COUNSEL