IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA W. SANDERS-ALLOWAY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-419-MEF |
| | ) |
| JUNE MABRY, *et al.,* | ) |
| | ) |
| Defendants.. | ) |

## **O R D E R**

Upon consideration of the Motion to Withdraw (Doc. #35) filed by Reginald L. Sorrells on May 25, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 1st day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE