IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ALMA W. SANDERS-ALLOWAY<br>  Plaintiff, | *<br>*<br>* | |
| v. | *<br>* | Case Number: 2:06-cv-419-MEF |
| JUNE MABRY, et al.,<br>  Defendant. | *<br>*<br>* | |

## MOTION TO WITHDRAW

COMES NOW, the Plaintiff's, counsel in the above matter and humbly prays that an ordered by issued to allow the said attorney to withdraw from this matter.

Respectfully submitted this the 19th day of June, 2007

_____
Norman Hurst Jr.   (HUR016)
Attorney for the Plaintiff
462-A Sayre Street
Montgomery, Alabama 36104
(334) 269-6449

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing response was served on the following by mailing copies of same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery, addressed as follows:

Honorable Reginald Sorrells
50 North Ripley Street
Montgomery, Al 36130

_____
Norman Hurst Jr.