IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALMA W. SANDERS-ALLOWAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-419-MEF |
| | ) | |
| JUNE MABRY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of Attorney Norman Hurst Jr.'s Motion to Withdraw (Doc. # 37) filed on June 21, 2007, it is hereby ORDERED that the Motion is DENIED with leave to refile because no reason was given for the requested relief.

DONE this the 5th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE