# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Alma W. Sanders-Alloway,<br><br>      Plaintiff,<br><br>vs.<br><br><br>June Mabry, in her official capacity, et al.<br><br>      Defendants. | )<br>)<br>)<br>)  Case No.: 2:06cv419-MEF<br>)<br>)<br>)<br>)<br>) |

## CONFLICT DISCLOSURE STATEMENT

     COMES NOW June Mabry, Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    ☐ This party is an individual, or
    ☒ This party is a governmental entity, or
    ☒ There are no entities to be reported, or
    ☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity Relationship to Party

_____  _____
_____  _____
_____  _____
_____  _____


| | |
|---|---|
| <u>August 15, 2007</u><br>Date | */s Larry E. Craven* (CRA007)<br>Acting General Counsel<br>Counsel for June Mabry and the Alabama State Department of Education<br>50 North Ripley Street, Room 5103<br>P. O. Box 302101<br>Montgomery, Alabama 36130<br>334-242-1899 telephone<br>334-242-0982 fax<br>lcraven@alsde.edu |

## CERTIFICATE OF SERVICE

      I hereby certify that on <u>August 15, 2007</u>, I electronically filed the foregoing State Defendants' Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing and I hereby certify that I have mailed by United States Postal Service the document to the following participant:

Ms. Alma W. Sanders-Alloway
4435 Lawnwood Drive
Montgomery, Alabama 36108

Norman Hurst, Esq.
462 Sayre Street
Montgomery, AL  36104

                                                    */s Larry E. Craven*
                                                    OF COUNSEL