IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

ALMA W. SANDERS-ALLOWAY         *
    Plaintiff,                  *
                                *
v.                              * Case Number: 2:06-cv-419-MEF
                                *
JUNE MABRY, et al.,             *
    Defendant.                  *
                                *

RECEIVED

## MOTION TO WITHDRAW

COMES NOW, the Plaintiff's, attorney Norman Hurst and respectfully asks that he be allowed to withdraw from the above matter in light of that the Plaintiff has terminated his services. (See Attachment)

                                        Norman Hurst Jr. (HUR016)
                                        Attorney for the Plaintiff
                                        462-A Sayre Street
                                        Montgomery, Alabama 36104
                                        (334) 269-6449

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing response was served on the following by mailing copies of same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery, addressed as follows:

    Honorable Reginald Sorrells
    50 North Ripley Street
    Montgomery, Al 36130

This 16th day of August, 2007

                                        Norman Hurst Jr.

4435 Lawnwood Dr.
Montgomery, Al 36108
July 28,07

Lawyer Norman Hurst
462-A Sayre Street
Montgomery, Al 36104

Lawyer Hurst:

I am moving you off this case. I do not know what is going on if anything. You are not keeping me inform. You did what you could.

I do appreciate all of the help that you have given me. But it is time to bring in another lawyer to take over. Thanks again for "hanging " with me.

May God richly bless you and your family.

Sincerely,
*Alma Alloway*
Alma Sanders Alloway