In The United States District Court For The Middle District of Alabama



| | |
|---|---|
| Alma W. Sanders Alloway<br>Plaintiff. | CV NO. 2:06 cv419-MEF |
| V.<br>June Mabry, Teacher Certification and<br>The State Department of Education.<br>Defendants. | |

### Why This Complaint of Discrimination Should Not be Dismissed?

Comes now, The Plaintiff, Alma W. Sanders-Alloway acting alone without an attorney at this time. Ms. Alma Alloway a resident, a citizen of Montgomery County, Alabama, pursuant to this court's order files this amended discrimination complaint and says as follows :

1. Ms. Alma W. Sanders-Alloway is a citizen of the United States, a former Alabama English Teacher, a human being and a former " Assistant English Professor" at that time, had moved back from the University of Maryland at College Park, Maryland.

2. That I am a victim of " disposable action".

3. That I am a victim of " adverse employment discrimination and denial of re-instating my teacher certification.

4. Ms. Alma Alloway was discriminated against and received " great disparity treatment". Treated as an aerialist or acrobat on a circus tightrope.

5. Ms. Alma Alloway is suffering from damages caused by these adverse and trapeze behavior .

6. These requirements are burdensome, stressful, unnecessary and are used for the sole purpose of discrimination against Ms. Alloway.

7.
    Ms. June Mabry, Teacher Certification and The Department of Education under the color of law has discriminated against Ms. Alma Alloway and denied her equal protection under the law.

    {X} This party is an individual, or

    {X} This party is a governmental entity.

August 24, 2007.
Date .

                                ED.D Alma W. Alloway
                                Plaintiff in this discrimination
                                Complaint.
                                4435 Lawnwood Dr.
                                Montgomery, Al 36108
                                Phone : 334-281-5822

## CERTIFICATE OF SERVICE.

I hereby certify that on August 25, 2007, I mailed a copy of this document to counsel Larry E. Craven, counsel for Ms. June Mabry -teacher certification and the department of education. A copy of this document will be mailed to the clerk's office and to the judge.

I hereby certify that I have mailed by the United States postal Service this document of :
" Why This Discrimination Complaint Should not be Dismissed?"

                                         Counsel Larry E. Craven
                                         Department of Education
                                         P.O. Box 302101
                                         Montgomery, Al 36130-2101
                                         Phone : 334-242-1899
                                         Fax: 242-0982

Alma W. Sanders-Alloway
4435 Lawnwood Dr.
Montgomery, Al 36108
Phone ; 334-281-5822