IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA W. SANDERS-ALLOWAY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-419-MEF |
| ) | |
| JUNE MABRY, *et al.,* ) | |
| ) | |
| Defendants.. ) | |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Attorney (Doc. #42) filed by Norman Hurst on August 16, 2007, it is hereby

ORDERED that the motion is set for hearing on September 4, 2007 at 2:00 P.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama. All parties in this case are directed to appear at said hearing, including the plaintiff. Counsel for the plaintiff is directed to furnish the clerk of court with an address for the plaintiff. The clerk of court is directed to mail a copy of this order to the plaintiff.

DONE this the 28th day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE