IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA W. SANDERS-ALLOWAY, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-419-MEF |
| | ) |
| JUNE MABRY, *et al.*, | ) |
| | ) |
|     Defendants.. | ) |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Attorney (Doc. #42) filed by Norman Hurst on August 16, 2007, it is hereby

ORDERED that the motion is GRANTED. The hearing set on motion for September 4, 2007 is cancelled.

DONE this the 30th day of August, 2007.

                                          /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE