The United States District Court For The
Middle District of Alabama.

RECEIVED
I
2007 OCT 19  A 10: 33

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Alma W. Sanders-Alloway
Plaintiff:

      VS.                                                  CV No: 2 : 06 CV 419-

The State of Alabama Department
Of Education, Teacher Certification
and Ms. June Mabry.

    Defendants.

Amended Complaint Discrimination – Request.

Comes Now, The Plaintiff, Ms. Alma W. Sanders-Alloway acting alone without an attorney have sent in information as to <u>Why This Complaint Should Not Be Dismissed?</u>

I.    As I have stated on August 30,07, that my attorney is no longer working with me because of my dissatisfaction concerning his work.

II    I am a citizen acting alone for now until the first of November 07, when I will have acquired a new lawyer to work with the court in getting justice in resolving my complaint of not having any degrees, not certified in anything, mistreated and scuffling with getting this case to court with very little money to work with.

III    Again, I am " reiterating " the fact that I am requesting the court; Judge Coody not to dismiss this case, but continue being diligent in his investigation of my situation. At least until I get an attorney.

IV    The Defendants continue trying to "dismiss my grievous complaint." There has not been any kind of terms to relinquish this case for one full year. Nothing. Thanks again for your patience and indulgence.

Still hurting, disappointed, insulted, intimidated and repulsive sad teacher.

RECEIVED
2007 OCT 19  A 10: 33
DEBRA P. HACKETT, CLK
U S DISTRICT COURT
MIDDLE DISTRICT ALA

Alma W. Sanders- Alloway
4435 Lawnwood Dr.
Montgomery, Al 36108
Ph: 334- 281-5822

*Alma S. Alloway*

Certificate of Service.    10-19-07

RECEIVED

I hereby certify that on October 19,07, I mailed a copy of this document to counsel Larry E. Craven and Judge Coody in The U. S. District Court.

I hereby certify that on October 19,07 all parties were served of this document which states ; " Why This Discrimination Complaint Should not Be Dismissed? Requesting until the middle of November 07, for me to acquire a new lawyer in seeking justice.

Counsel Larry E. Craven
Department of Education
P.O. Box 302101
Montgomery, Al 36130-2101
334-242-1899/ fax 242-0982

U. S. District Judge of Alabama
Judge Coody.

Case No. 2; 06-Cv-419-MEF.

Plaintiff Alma Alloway
4435 Lawnwood Dr.
Montgomery, Al 36108
Ph: 334-281-5822

*Alma S. Alloway*