IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Alma Sanders-Alloway, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-419 |
| | ) |
| Marby, et al., | ) |
| | ) |
| Defendant, | ) |

*RECEIVED 2007 DEC 13 A 9:19 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA*

### CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Alma Sanders-Alloway</u>, a [<u>Plaintiff</u>/Defendant] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X]   This party is an individual, or

[ ]   This party is a governmental entity, or

[ ]   There are no entities to be reported, or

[ ]   The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                                    <u>Relationship to Party</u>

_____                   _____

_____                   _____

_____                   _____

_____                   *Alma S. Alloway*
                                                              *Alma S. Alloway*
12-13-07                                               Counsel Signature (Pro Se)
Date

<u>Alma Sanders-Alloway</u>
Counsel for (print names of all parties)

<u>4435 Lawnwood Dr., Montgomery, AL 36108</u>
Address, City, State Zip Code

<u>(334) 2815822</u>
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

**CERTIFICATE OF SERVICE**

I, __Alma S. Alloway__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U.S. Mail__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __8th__ day of __December__ 20__07__, to:

Judge Mark Fuller and others, As I have stated, my conflict is with the Department of Education, Teacher Certification, and Ms. June Mabry. That I was a victim of "discrimination" of my age, color, race and gender. The state would (have) put this burden on many teachers & administrators.

__12-12-07__  __Alma Sanders Alloway__
Date            Signature

Continue on back page!

12-12-07

Alma Sanders Alleway

Continued on this page

RECEIVED
2007 DEC 13 A 9:19
HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

As I have stated my conflict is with the Department of Education, Teacher Certification and ms June Mabry of Gordon person building.

That I am a victim of adverse employment action of not getting my teaching certificate and applying for jobs at two universities which I did not get.

Prejudice, bias and malice because of the state's attitude and teacher certification, of not "wanting" Blacks, Asians, Africans working in Colleges and Universities in Anywhere. I moved back to Ala from the University of maryland college park, that was a "No, No".