IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALMA W. SANDERS-ALLOWAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv419-MEF |
| | ) | (WO) |
| JUNE MABRY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On December 6, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED, that the defendants' motion to dismiss be and is hereby GRANTED and that all claims against the defendants be and are hereby DISMISSED. It is further

ORDERED that this case be and are hereby DISMISSED.

Done this the 26th day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE