In the United States District Court For the Middle District of Alabama Northern Division.

RECEIVED
2007 DEC 21 A 11:51
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA

Alma Sanders Alloway
   Plaintiff,

v.

June Mabry, et
   Defendants

Civil Action
2:06cv419-MEF
(WO)

_____

"Motion For Extension Of Time."

I have consulted a lawyer on Wednesday. The lawyers have not finished looking over the information that was submitted.

I am getting more information to the lawyers. It takes time, I started so late in acquiring or getting the money to hire a lawyer. Please allow me more time like three weeks.

Your indulgence has been so wonderful. I appreciate the patience of all of the Judges.

                Alma S. Alloway

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_Northern_ DIVISION

**CERTIFICATE OF SERVICE**

I, _Alma Sanders Alloway_, do hereby Certify that a true and correct copy of the foregoing has been furnished by _Alma S. Alloway_ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _21_ day of _December_, 2007 to:

_The District Judge given this 21 day of December 2007. A copy was given to the Court for extension of time (3 weeks)_

_12-21-07_                                    _Alma S. Alloway_
Date                                           Signature