IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA W. SANDERS-ALLOWAY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JUNE MABRY, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:06cv419-MEF<br>(WO) |

# **ORDER**

It is hereby ORDERED that the Order (Doc. # 51) and the Final Judgment (Doc. # 52) entered on this date are VACATED. It is further ORDERED that Plaintiff's Motion for Extension of Time (Doc. # 53) is REFERRED to the Magistrate Judge.

Done this the 26th day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE