IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA W. SANDERS-ALLOWAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv419-MEF |
| | ) (WO) |
| JUNE MABRY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On December 6, 2007, the Magistrate Judge filed a Recommendation in this case. On December 21, 2007, the plaintiff filed a motion for an extension of time to file objections to the Recommendation (doc. # 53). Upon consideration of the motion for an extension of time, and for good cause, it is

ORDERED the motion for an extension of time (doc. # 53) be and is hereby GRANTED and the plaintiff shall have until January 14, 2008 to file any objections to the Recommendation.

Done this 28th day of December, 2007.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE