The United States District Court For The
Middle District of Alabama '

RECEIVED

Alma W. Sanders-Alloway
    Plaintiff     2008 JAN 14 A 11: 10

    V.     DEBRA P. HACKETT, CLK
                 U.S. DISTRICT COURT     CV. No: 2: 06 Cv 419 MEF
                 MIDDLE DISTRICT ALA                Wo

The State of Alabama Education
Department, Teacher Certification
And Mrs. June Mabry
Montgomery, Ala
    Defendants

    Comes know an Amended Request for extended time based on The Judges " Dismissed case " from Ms. June Mabry and Education Department Of Alabama.
    I do not know what I am responding to. I have one statement saying the case is "Dismissed " as of December 26, 07, and one document saying that I need to respond to the recommendations that the Judges has ordered.
    My career and life depends on this wrongful case. I am still working at Low wages as a substitute teacher, when I am certified good -teacher. I have Again acquired or blessed up on a new attorney who is willing to help me. He will not enter this case until I bring over all of the documents. This will Take about two weeks for him to review the information.
    The Judges has been so patience and diligent and I appreciate this. Again thanks in granting me until January 28, 2008. Am I responding to an appeal, if so I need thirty days, that will bring me to February 20th . Thanks again. Please verify what document I am responding too. Happy Blessed Holiday(s)

                                   Alma S. Alloway
                                   Alma W. Sanders Alloway-Plaintiff
                                   4435 Lawnwood Dr.
                                   Montgomery, Al

State of Alabama Education Department;         Defendants - Judges
Teacher Certification officer Ms. June Mabry
5201 Gordon Person Building
P. O. Box 3021
Montgomery, Al

Judges:

Certificate of Service ;

Mailed to Councilman Larry E. Craven on January 14, 2008. RECEIVED

I certify that I mailed a copy of this document letter on January 14,08
To Attorney Larry E. Craven and The Education department and 2008 JAN 14 A 11: 10
Ms. June Mabry.
For extention of Time. I have two documents one stating that the case is DEBRA P. HACKETT, CLK
Dismissed on December 26, 07 , and one stating that I should respond to U.S. DISTRICT COURT MIDDLE DISTRICT ALA
Judges recommendation of which should have been in on January 14, 08.

I am have not completed the information because I do not know what I am responding to. I have acquired a new lawyer to work with me. He cannot enter this case until I turn in all of the information and get an extention of time as to what document should be turned in.

I am requesting until January 28, 08, but if I am responding to an "appeal" then I need more time . Until February 20th. Please specify what I am responding to so I will know what to write. Thanks again.

Alma W. Sanders-Alloway   *Alma S. Alloway*
4435 Lawnwood Dr.
Montgomery, Al 36108.   Plaintiff

State of Alabama Department of Education,
Teacher Certification Officer
Larry E. Craven Councilman and Lawyer
5201 Gordon Person Building
P. O. Box 302101
Montgomery, Al 36130-2101
       Defendants

*Alma S. Alloway*