IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALMA W. SANDERS-ALLOWAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv419-MEF |
| | )                (WO) |
| JUNE MABRY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On December 6, 2007, the Magistrate Judge filed a Recommendation in this case. On January 14, 2008, the plaintiff filed a motion for an extension of time to file objections to the Recommendation (doc. # 56). Upon consideration of the motion for an extension of time, and for good cause, it is

ORDERED the motion for an extension of time (doc. # 56) be and is hereby GRANTED to the extent that the plaintiff shall have until **February 13, 2008** to file any objections to the Recommendation. **The plaintiff is advised that, absent extraordinary circumstances, no further extensions of time will be granted.**

Done this 14th day of January 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE