IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2008 FEB 14 A 11: 03

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ALMA W. SANDERS-ALLOWAY,

Plaintiff,

v.

ALA STATE BOARD OF EDUCATION,
TEACHER CERTIFICATION, AND
MS. JUNE MABRY, et al

Defendant(s)

CIVIL ACTION

NO 2:06 CV 419
M E F
(WO)

Alma W. Sanders-Alloway objections to Magistrate Judge(s) conclusions and recommendations.

    Alma Sanders-Alloway has filed charges against The Alabama Department of Education, Teacher Certification, and Ms. June Mabry Officer.
    Ms. Mabry who certifies teachers, principals, administrators, and supervisors at Gordon Person Building, Montgomery, Alabama.
    Why would Alma Sanders-Alloway file these charges against The State Department of Alabama Education Department?
    Well I am that teacher person that taught school English and History for eleven years in Autauga County, then eight years at the Junior High School in (Prattville), Alabama.
    Eight months of teaching English, Reading at the University of Maryland at College Park. Alabama did not send up my degrees to the University of Maryland, so I could not continue teaching in that department.
    I gave the University of Maryland a "student copy" of my credentials in order to get hired. Then one year of studies at Washington University, Washington, D.C. Washington University stated that they were not sending out any grades to me or any one else. That I already had to many specialists degrees that is causing problems. Washington University stated that they would verify that I had attended and took several courses there, and that they offered me a "part time" job there since I was still working at college park.
    One must be specific that those were two of the finest dedicated and outstanding Universities that I have known, attended, and with first hand ideas, skills and system information. When I returned back from the University of Maryland College Park, I was directed to continue in higher education at either Auburn University, Troy University or become a supervisor for the State of Alabama, since I already had acquired (earned) a master's degree here in Montgomery.
    To teach "adjunct" courses to freshman, work in the schools (counties) that needed help or as a supervisor for the State of Alabama less fortunate counties. One does not understand "intended discrimination" unless one of your sons, daughter, husband or

wife is discriminated against. Then one understands when this hit home "intentional discrimination." This is often done against blacks.

After moving back to Montgomery, Alabama in 1997, certified in 1999 for five years. My degrees has always been certified for ten years. I could not understand why five years? I did not question Ms. Mabry. I had hoped that I would be working in one of the Universities before the five years were up. The State of Alabama denied, refused to hire many blacks, unless they were coming in from outside of Alabama. Most of the professors that I talked to were from other states.

Well now, if one is refused a job in your own state, students that you have taught, then that looks bad for the State of Alabama and sends a bad message to the community and students in colleges. After I returned back to Alabama, my degrees continued to be used by others as to why I could not get hired in any of the Universities here. These were secretaries, supervisors, managers, coordinators, and superintendents, wanting to teach college level courses at any Universities.

These state workers are not prepared to teach, have not had any motivating courses courses as to how to motivate any students. Have not had any psychology courses as to how to counsel misbehaved students, special education students and very aggressive students. This is one reason why schools are having serious problems. Even teachers that have been to many universities have problems motivating aggressive students. So we know that the State Department workers are not and do not have the ability to do the "unknown".

[1]Morgan v. Tenet, & Fed Appx 698 (9th Cir. 2001).

Students killing parents. Husbands killing wives, and wives killing husbands. Teaching is a hard job, complex developing skills and trying hard to "motivate students that do not want to learn. Just coming to school each day. If these state workers really want to teach, I suggest that they start teaching Sunday School. They might do some good there.

[1]As a condition precedent, or before a person(s) are regarded as eligible to teach in public schools, laws generally require a license issued by, public authority, which license is commonly known as a certificate.

[2]The granting of a license to teach school and issuing of the license for this purpose are convertible terms.

[3]As prerequisites of the issuance of a license or certificate, the applicant may require to be a citizen, [4]to have completed a required course of educational training.[5]and to pass certain tests or examinations, the provisions for the latter being the subject of frequent litigation.[6] such examinations must be fair and impartial.[7]the use of national teacher examinations, whether for the purposes, has been declared not violative of equal protection [8] or the Equal Employment Opportunity Act, despite challenges premised on claims that such use discriminates against black teachers who traditionally score lower that their white counterparts. [9] Consequently, except where the use of a National Teacher Examination is motivated by a "discriminatory purpose, in which case its adoption is deemed impermissible. [10] In my case it is deemed impermissible, unnessary and showed malice on Ms. Mabry(s) part. There [11]were no laws that showed any consideration for a teacher that had been teaching for nineteen years, three master(s) degrees or an Ed Doctorate degree, and "is an assistant professor college teacher."[12] A public school teacher(s) interest in his or her teaching certificate is deemed to constitute a "property" interest entitled to protection under the due process clause of the Fourteenth Amendment.[13] Similarly, a teacher holding a principal(s) certificate, subject to due process protection.

Most of the professors that I talked to were from other states. Well now, if one is refused a job in your own state, students that you have taught, then that looks bad for the state of Alabama and sends a bad message to the community and students in college. What will the students expect when they finished college and apply for a job here in Alabama ?

After I returned back to Alabama, my degrees continued to be used by others as to why I could not get hired in any of the universities here. These were secretaries, supervisors, managers, coordinators, and superintendents. Wanting to teach college level courses at any university. These state workers are not equipped prepared to teach , have not had any motivating courses, psychology courses that would teach them how to motivate students.

Have not had any counseling or psychology as to how to counsel misbehave students, special education students and very aggressive students.This is one reason why schools are having serious problems. Even teachers that have been to many universities have problems motivating the aggressive student. So we know that. What else is knew? So we know that the state department workers are not and do not have the knowledge to do the unknown.

1 <u>Morgan V. Tenet</u>, 9 Fed App 698 (9th CIR . 2001).

Students killing parents. Husbands killing wives and wives killing husbands. Teaching is a hard job; complex, developing skills and trying hard to motivate students that do not want to learn. Just coming to school each day. If these state workers really want to teach, I suggest that they start teaching sunday school. They might do some good there.

1As a condition precedent, or before a person(s) are regarded as eligible to teach in public schools, laws generally requires a license issued by public authority, which license is commonly known as a certificate.

2    The granting of a license to teach school and issuing of the license for this purpose are convertible terms.

3.    As prerequisities of the issuance of a license or certificate, the applicant may require to be a citizen, 4 to have completed a required course of educational training.

5.   and to pass certain tests, examinations, the provisions for the latter being the subject of frequent litigation. 6 Such examination must be fair and impartial.

7. The use of national teacher examinations, whether for the purpose of teacher certification or for pay purposes, has been declared not violative of equal protection, 8. or of the Equal Employment Opportunity Act, despite challenges premised on claims that such use discriminates against blacks teachers who traditionally score lower than their white counterparts. 9. consequently except where the use of a national teacher examination is motivated by a "discriminatory purpose in which case its adoption is deemed impermissible.

10. In my case it is deemed impermissible, unnecessary and showed malice on Ms. Mabry part. There were no laws that showed any consideration for a teacher that had been teaching for nineteen years. Three master(s) degrees or an ED. D. Education Doctorate degree, and 11 is an 3assistant college professor. 12.A public school teacher(s) interest in his or her teaching certificate is deemed to constitute a " property" interest entitled to protection under the due process clause of the fourteenth Amendment .

13. Similarly, a teacher holding a principal(s) certificate has a property interest in the certificate, subject to due process protection.

1.    <u>Halfacare V. Board of Education of School District. No 16777,</u>331.111 App 404, 73 NE ed 124.

2.    <u>Webster V. Redmond, 443 F. supp 670 (ND111).</u>

3.  Warner V. Board of Education of New York, 14, AD 2D, 300, 220 NY, S 2D 794, Shlakman V. Board of Higher Education of New York, 282AD718, 122 NYS 2D.286, Affg 202.

### These Charges Are Being Filed Against The State Of Alabama For Failure To:

14. Failure to reinstate my degrees. The State of Alabama " absconded" my rights as a teacher, human being, citizen of Alabama, and the person that earned those degrees.
Denied my rights as a black American teacher of English and refused to hire me at any of the
universities that I applied too. 15. I took my student copies of grades from Alabama State
University to the justice department in Washington, D. C., to let them see what Alabama
State University did to my undergraduate grades in English and History B. S. degree.

15. The justice department recommended that I did not accept any jobs at Alabama
State University . 16. When applying for jobs at any university, just present the master
degree in the field that I wanted to teach in.

1.  17. Alabama rather send any one on a state job, other than a black American, African or
Hispaniola or Hispanic. This is wrong. We are all God's children and one(s) attitude will
determine how long we live. We are all alike, born alike and will die alike when the time
comes.
2.  18.  Remember now, this is part of the requirements that Alabama should commit
to for its citizens. This is their responsibility to hire its citizens without "discrimination",
in pay and in the type of jobs one want.

Leggs V. Illinois Fair Employment Practices Commission, 28 Ill App 3D 932, 329
NE 2D 486.

B.  Younger less qualified white workers students get paid more money on the same job than
blacks, africans and hispanic. " Intentional  discrimination. If this was not intentional
discrimination then there is nothing to hide. Pay scales, job announcement would be posted
for everyone to see , be a part off and not just for the IRS when they come to check.

At The University Level: MISTAKES In Hiring.

A.  Most universities allows for several mixture of students that are preparing to become teachers, administrators, principals and will teach in high schools or elementary schools. Not necessarily in Alabama. These students are working in the classroom with these older professors as their aides, assistants, tutors, grading papers, running errands, but when one finished working as these aides, they get that degree and stay at that sane university and teach, or work as administrators. This is wrong. Abridging the rights of blacks who could have done an outstanding job at the same university or state job.

This is an " abomination of blacks," is a state problem and a problem of denier in our universities.

1. The state of Alabama Department of Education makes the policies, rules, but does not enforce them for all universities equally. When these young students are hired teaching college level courses with not having a master(s) They often – after four or five years become " depressed, psychologically abnormal and fail to be productivity. They are trying to keep up with the paste of teaching, lesson plans formulation (making up lesson plans) to help slow students. Cannot live up to the high calling of the university expectation. These depressed, so –called professors are all about the money. They are, some of these professors become degenerated, and cannot functions. I have shown this in some of the cases presented in this brochure.(brief).

2. The universities denies blacks of having the opportunity of working on state Department of Education jobs. Especially me. We are all paying high taxes, and it does not state if the taxes are white or black when it is being use to Up-grade schools, state departments or universities. Some of us have gone to A few universities to be able to do the best job for our students, and make sure they are equipped with the best of everything. Teachers, books, work books and instructions . These young professors who are getting these hugh salaries are not committed to learning, do not have any " cognition" or know-how. This is " intentional discrimination " on higher education and denied me an opportunity to teach as other citizens enjoy. Malice on teacher certification. Also shows conspiracy claims located in some of the cases that I have presented. Conspiracy when I taught in Prattville, and conspiracy of not sending up my degrees to the University of Maryland College Park.What else do I need to show other than naming or personalizing individual. Of course no one want to be personalized by anyone. Especially in cases like this one. I have shown "conspiracy" directly and indirectly. Look at the cases. I have been injured personally, myself ego is not as high. I do not feel as good as I once did about education. My personal property has been taken away from me. My teaching career is in doubt. What else is there left? All the privileges are taken away as a teacher-professor. This is also shown in some of the cases listed in these answers to the judges on this case. My amendments rights have been violated of section 42 USC. 1881-1983,1985. Judges are not to be bias. They are not to show "discrimination". Facts.

University Level Continued.

Ms. Mabry had already reached an agreement between two or more persons when she started a "conspiracy" against black teachers who had acquired at least two master(s) This shows "intentional discrimination". To violate rights, Constitutional rights, and injury to individual teachers. I am not the only one Ms. Mabry violated. No one want to be named or personalized. Ms. Mabry and the court knows who they are

McLaughlin V. Tilendis .
United States Court of Appeals, Seventh Circuit, 1968, 398. F 2d,287.
This case dealt with two teachers being dismissed before the end of his second year of teaching. My degrees were not sent up from Alabama to the University of Maryland so I could not continue teaching. This was done the first year of me being in the English Department at the University of Maryland. The District Court(s) memorandum opinion did not consider the alternative defense presented in the motion that defendants were Immune from suit under the Illinois Tort Immunity Act.(111. Rev V. Stats, 1967, CH 185,Sec. 2-201. Concluding that the First Amendment confers the right to form and join A labor union, they reverse on the ground that the complaint does state a claim under Section 1983.

My claim include relief and damages of relief and state a claim under section 198, 1871,Section 1871, Section 1983 of Title 42 of the US Code provides the deprivation of any rights ,privileges, or immunities secured by the Constitution and laws shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

Ms. Mabry deprived me of privileges, abridging me of rights of the Ist Amendment, VII Amend, VIII Amendment, 9th Amendment, II Amendment, and Eighteenth Amendment which include being a college professor (teacher).

KOLENBERG V. BOARD OF EDUCATION OF CITY OF SAMFORD, 206 Comm 113, 536 A 2d 577 (19**)/

This is the method that the department of education has always used to evaluate my degrees. Ms. Mabry was notified by me the last of January 2004, that my certification was coming up for renewal the last day in June 2004. I called Ms. Mabry again the last of February 2004. When I talked to her she sent me to a Ms. White, who stated that I will Need to take ten hours of education and one education course. I took nine hours, the classes were closing and I did not get the one hour in.

I mailed these in to Ms. Mabry and a few weeks later I received a package stating that I needed ten hours not nine, and one course . Ms. White did not accept the package that I sent in . However what is the difference for taking nine hours versus ten hours?

I would have learned the same knowledge with nine hours as well as ten hours. The following summer I took six more continuing hour in education . By this time June is here again, then August 2004, when I had the car accident. I was still putting in many job applications. Did not get any jobs. Already black –ball against me.

Going to college is not play thing. This is serious business, hard work, and hugh amounts of money. The state of Alabama did not pay and did not give me any money. Why do I need any of this when Ms. Mabry department is hiring less master(s) degree persons, giving out hugh salaries, for less work and promoting one(s) to supervisors Superintendent, coordinators, that are not qualified.

1. Hudson V. Marshall, 549, Su 2D 147 (M0 App ) court dismissed meaning of regularly required to be certified under laws relating to certification of teachers, and construed definition of teacher.

2. State V. Offutt, 223, MO App 1172, 26 PA Commu 62, 360 A eD 804. I am Claiming and alleging that a Title VII " discrimination intent ultimately establish that The employer(s) , the state education department and teacher certification, that Adverse action was based on " intentional discrimination " against me.

MS. JUNE MABRY OFFICER:
LABELS AND CONCLUSIONS. FACTUAL ALLEGATIONS:

Ms, June Mabry refused to hire blacks here in Alabama. She hired many blacks that were coming in from out of state at Auburn University at Auburn, Al. From Auburn at Montgomery, Al. Also at Troy University both campus. This is so unfair and abridging My right as a citizens and as a professor. My 1967 rights were violated, my Constitution Rights . I did not get a chance to work anywhere because I was not certified in anything.

I moved back from the University of Maryland and was already certified at the University level. All Ms. Mabry had to do was re issue my certification. This was very hard for her. Once one has been certified at the high school level,one is already certified in subjects at college level. There are not courses one take at high school level then take more courses to qualify to become a college professors.

I assume now that many students are getting master(s) , the certification office will change its rules to get one set of grades for high school and another set of grades for college all over again. Trying to dominate the blacks. All of us will suffer, with new countries coming over with outstanding degrees. Africans, Asians,Mexicans and Blacks.

Because the court(s) accepted the facts that the plaintiff allegations are true and because the court concludes that the " defendants" motion to be dismissed is due to be dismissed which include "immunity" from suit.

First of all, Ms. Mabry is a paid employee of the state of Alabama and receives a hugh salary for her work. A paid state worker employee is not immune from being accountable or showing "accountability " to the people she work for. Does this means that she does not have to show the amount of money taken in from her department? Does this means that she can deny certification and not be accountable to the people she get paid from ? Does this means that she cannot show how many certify she denied?

Ms. Mabry is accountable and deprived me of privileges, liberties, personal property as well as equal protection of the law. In other words when Ms. Mabry enforced the fact that I should take a test, be finger printed, take a class and several (10) continuing hours seminar hours. I had already taken fifteen hours in English from the University of Ala. At Birmingham, Al. I brought with me fifteen hours in English from the University Of Maryland at College Park. That's thirty hours. Then fifteen hours from special Education from Auburn University.

After turning in these hours to Ms. Mabry and she granted me certification for only five years, this shows that this is " intentional discrimination" against me. Abridging my rights of the Ist amend, VII Amend, Eighteenth Amendment which deals with college teachers and professors.

Kolenberg V. Board of Education of City of Samford, 206 Comm 113, 536 A 2D 577 (1988). Court(s) lacking subject matter jurisdiction in action for failing to reemploy where teachers missed renewal deadline.
Couch V. Turlington 465 SO,2D 557, 23 Educ. L.R. $ 146 (Fla Dist Ct. App(1985).

2. School boards and districts are usually authorized to sue and be sued where they
Constitute a public or corporate body rather than a department of a municipality.
If a school board or department is not corporate entity with authority to sue or be
sued, the laws under which it is organized together with local rules of pleading and
practice generally indicate the procedure by which its rights and obligations may be
adjudicated.

A school board is a person within the intendment of 42 USC $ 1983 can be sued
Directly under that section, for monetary, declaratory or injunctive relief. A school
Board member that is sued in his or her individual capacity under Section 1983 is
immunized from personal liability unless the official knew or reasonably should have
known that the action he or she took within a sphere of official responsibility would
violate the Constitutional rights of the plaintiff, or if the official took the action with
the malicious intention to cause a deprivation of Constitutional rights of the plaintiff,
or other injury to the plaintiff.

As I have stated that teacher certification and the State Board of Education caused
intentional discrimination against me . Expiration of a certificate may justify removal
or suspension of a teacher. A duly qualified teacher will not be prevented from
recovering for service rendered on a contract to teach by the fact that his or her
certificate was not recorded in the office of the county school examiners as directed
by statue.

A license to teach school, like other license, had none of the elements of a contract and
does not confer an absolute right, but only a personal privilege to be exercised under
existing restrictions and such as may there after be reasonably imposed.

Ms. Mabry did not have any reasons, facts, behavior, misconduct or allegation against
me or my degrees. My First and Fourteenth Amendments procedural protection of
property is a " safeguard"of the security of interest that a person has already acquired and
earned in specific benefits. These interest one(s) certification – property interest may take
many forms.

Goldberg V. Kelly, 397., US 254, 90 S. CT. 10II, 25L, Ed . 2D 287. I have already
earned my certification and degrees. All ready " Grandfathered" what ever that means.
When I returned back to Alabama in 1997 from the University of Maryland at College
Park.Ms. Mabry certified me for five years only. I turned in my grades of three
Specialist degrees to the State of Alabama Education Department for review. This
included grades from the University of Maryland English Literature Department, The
University of Alabama at Birmingham, Al., fifteen hours of continuing education in
Special education from Auburn University, Auburn, Al . I was certified by turning in
grades from these universities. Then emulated and put in a rank.

  This is the method that the department of education has always used to evaluate my degrees. Ms. Mabry was notified by me the last of January 2004, that my certification was coming up for renewal the last day in June 2004. I called Ms. Mabry again the last of February 2004. When I talked to her she sent me to a Ms. White, who stated that I will Need to take ten hours of education and one education course. I took nine hours, the classes were closing and I did not get the one hour in.

  I mailed these in to Ms. Mabry and a few weeks later I received a package stating that I needed ten hours not nine, and one course . Ms. White did not accept the package that I sent in . However what is the difference for taking nine hours versus ten hours?

  I would have learned the same knowledge with nine hours as well as ten hours. The following summer I took six more continuing hour in education . By this time June is here again, then August 2004, when I had the car accident. I was still putting in many job applications. Did not get any jobs. Already black –ball against me.

  Going to college is not play thing. This is serious business, hard work, and hugh amounts of money. The state of Alabama did not pay and did not give me any money. Why do I need any of this when Ms. Mabry department is hiring less master(s) degree persons, giving out hugh salaries, for less work and promoting one(s) to supervisors Superintendent, coordinators, that are not qualified.

1. Hudson V. Marshall, 549, Su 2D 147 (M0 App ) court dismissed meaning of regularly required to be certified under laws relating to certification of teachers, and construed definition of teacher.

  2. State V. Offutt, 223, MO App 1172, 26 PA Commu 62, 360 A eD 804. I am Claiming and alleging that a Title VII " discrimination intent ultimately establish that The employer(s) , the state education department and teacher certification, that Adverse action was based on " intentional discrimination " against me.

The state employer had a continued need for someone to perform the same work after the claimant certification was revoked. To prove intentional discrimination the plaintiff need not prove that an impermissible factor such as race, was the only motive for the discipline imposed. 6. proving that it was a "significant factor 11. in the disciplinary decision is sufficient.

In a proper case, proper meaning suitable, normally, belonging to the person in question. A certificate that has been revoked may be reinstated. An important issue in reinstatement cases, or revocation is the individual(s) fitness to teach. I do not believe in handicapping any one(s) children in any way. My degrees were not stolen from anyone, and I worked hard for those degrees for the benefit of being able to do a super job for my students.

I could have perform other jobs as supervisors, teach at college level courses, or as we say "adjunct" courses. The same as other Caucasians that were being hired and paid a large salary for doing less work.

I have a near " perfect satisfactory record" of producing "A" quality students in school and at the university level, and an excellent record of productivity. "Intentional discrimination ".

7. Couch V. Turlington 465 SO, 2D 557, 23 EDUC. LR $ 146 (FLA Dist CT.App 1985.
8. Longenecker V. Turlington. 464 So. 2D 1249. 23 Educ . L.R. 1121 (Fla Dist Ct. App. 1985.

U. S. Moore V. Tangipahoa Parish School Board ., 594 F ,2D 489 (CA5) refusal of Blacks teachers to take the NTE, National Teacher Examination, as constituting just cause for failure to rehire.

Again deprived me of my teaching certificate and my equal protection of rights in violation of the First and Fourteenth Amendment, Title VII and the Equal Employment Opportunity Commission Act. The use of National Teachers Examination, whether for the purpose of teacher certification or for pay purposes, has been declared not violative of equal protection or of the equal employment opportunity act, despite challenges premised on claims that such use discriminates against black teachers who traditionally score lower than their white counterparts.

I have had the NTE three times. I made a high score each time. I will admit that it is nothing to be "played " with.

Wood V. Strickland test. 475 F Supp 1350 (D.Del) .

A teacher holding a principal(s) certificate has a property interest in the certificate subject to due process protection. Liberty as guaranteed by the Fourteenth Amendment denotes the right of the individual to engage in the common occupation of life and to enjoy the privileges recognized as essential to the orderly pursuit of happiness.

My certificate was an advanced specialists degree or an Ed D . Education Doctorate degree. This means that I would not be allowed to teach in any high school classroom, without being certified. Only can teach in universities, they make their own certifica ion rules.

No person has the right to demand to be employed as teachers, and school board members had absolute right to decline to employ applicant for any reason. Any person wanting to teach must have a teacher certificate. No person could be hired without a certificate. I already had the certification in 2004.

Halfacre V. Board of Education of School District. No 167, 331, I 11 App 404, 73 NE 2D 124.

McLaughlin V. Tilendis, 398 F. 2D 287 (7the cir, 1968).

Tenney V. Brandhove, 341. U. S. 367, 71 S. Ct. 783 (1951).

Finally, I could not pass up showing the liability of administrators for violating Teacher(s) Civil Rights. This is one of the old books that I used from taking school law Courses at Auburn University, Montgomery, Al. This schows also that Ms. Mabry is not Immune from being sued from an old Ku Klux Act, of April 20, 1871.

Naturally we as judges, educators, lawyers are not now involved in and is above such An old law. We have learned that we are only here for a short time. That we are all alike, born the same way and will die the same when the time comes.
" Every person who under color of any statue, ordinance, regulations, customs or usage Of any state or Territory, subjects, or causes to be subjected, any citizens of the United States or other person within the jurisdiction thereof to the deprivation of any rights, Privileges, or immunities secured by the Constitution and laws, shall be liable to the Party injured in an action at law, suit or equity, or other proper proceeding for redress.
From the precedent of Monroe V. Pape, one might assume that school boards are not "person(s) within the meaning of the statue. However, the court decided that school Districts were person(s) within the meaning of the Act and could be liable. Which Means that they are held liable accountable for their actions. When Ms.Mabry deliberat-Ely held my certification out long enough for the certificate to lapse causing me pain, not able to take care of myself, and making very low wages as a "substitute teacher.
And ordering me to take a test. What for ? My degrees eliminate test of any kind.
To the lawyers, judges on this case; I appreciate your consideration and kindness, in hanging with me. I apologize for being late. However, I did what I could by myself and Jesus Christ. Thanks .

Alma W. S. Alloway

*Alma W. S. Alloway*

Certificate Of Service

The undersigned hereby certifies that a true and correct copy of the foregoing response of the objections and recommendations from the Plaintiff Alma W. Sanders- Alloway was mailed to the State Department Of Education, and Lawyers. Done this February 13, 2008.

*Alma W. S. Alloway*
*To the judges*