IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ALMA W. SANDERS-ALLOWAY,   ) | |
| ) | |
| Plaintiff,   ) | |
| v.   ) | CASE NO. 2:06-cv-0419-MEF |
| ) | WO |
| JUNE MABRY, *et al.,*   ) | |
| ) | |
| Defendants.   ) | |

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #58) to the Recommendation of the Magistrate Judge filed on February 14, 2008 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #49) entered on December 6, 2007 is adopted;

3. The defendants' motion to dismiss is GRANTED, all claims against these defendants are DISMISSED, and this case is DISMISSED.

DONE this the 27th day of February, 2008.

　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE