The United States District Court for
Middle District of Alabama.

Alma W. Sanders-Alloway Plaintiff

Vs.

The State of Alabama Education
Department, Teacher Certification
and Ms. June Mabry of Gordon
Person Building.

Defendants.

Civil Action
Case no. 2:06CV419
-MEF
(W'D)

An Appeal for an Amended Discrimination
Request for a change of verdict dismissed case against
Alma W. Sanders Alloway, on February 14, 08.

    I am requesting a hearing with these three judges. Judge Mark Fuller, Judge Myron Thompson and Judge Coody. For September twenty six to bring this case to a closure. .

    Upon the fact that I am requesting a venue change of (1) not have my Certification ( degrees ) that was voided. (2) Not having a job in higher education, or in any of the universities that I have applied to. (3) and not being hired as a college teacher or supervisor for the Montgomery Public Schools. Not certified in anything.

    Upon consideration of this request, I am appealing the dismissed ruling that was made by Judge Mark Fuller. Which still did not restore my degrees, was not given a job in any of the universities at Auburn University Troy University, and this matter is still not settled.

    Thanks again for any consideration given in this matter.

                                                 Respectfully,
                                                 Alma W. Alloway

*Alma W. Alloway*

## Certify of Service

I declare that a copy of the letter was mailed to the following persons: Lawyer Larry Craven, State Board of Education, Teacher Certification and Ms. June Mabry of Gordon Person Building. State Board Of Education, Teacher certification and Ms. June Mabry of Gordon Person Building and paid by the people (state).

This is for a change of venue of the dismissed charges against Alma W. Sanders Alloway case against the above persons for an Unfair ruling.

I am requesting an appeal with the same three Judges, They are Judge Fuller, Judge Myron Thompson and Judge Coody. Also requesting more time to process the charges again to be set for September 15, 08 if possible. The case has not been settled. I am still substitute teacher for Montgomery Public Schools. With very Very low pay. This is unfair when I am a good teacher and should Not be treated this way. Thanks again for whatever is done to help me.

Sincerely,
*Alma W. Alloway*
Alma W. Alloway

f