IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| ALMA W. SANDERS-ALLOWAY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-0419-MEF |
| | ) | |
| JUNE MABRY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This cause is before the Court on Plaintiff's motion for a hearing (Doc. # 61), filed on June 6, 2008. On February 27, 2008, this Court entered a Final Judgment in favor of Defendants. (Doc. # 60). Plaintiff appears to request a hearing for reconsideration of the Final Judgment.

The Court will consider Plaintiff's motion under Rule 60(b) of the Federal Rules of Civil Procedure,[1] which states that the Court may relieve a party from a final judgment for the following reasons:

    (1)    mistake, inadvertence, surprise, or excusable neglect;
    (2)    newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
    (3)    fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
    (4)    the judgment is void;
    (5)    the judgment has been satisfied, released or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it

---

[1] If Plaintiff's motion is pursuant to Rule 59(e), then it would be denied as untimely because it was filed more than ten days after entry of the Final Judgment.

    prospectively is no longer equitable; or
(6) any other reason that justifies relief.

Fed. R. Civ. P. 60(b).

  The Court finds that none of the reasons in Rule 60(b) are applicable under these circumstances. Accordingly, it is hereby

  ORDERED that Plaintiff's motion is DENIED.

  Done this the 11th day of June, 2008.

            /s/ Mark E. Fuller
           CHIEF UNITED STATES DISTRICT JUDGE